JAMES MITCHELL, L. D. LYONS AND MRS. E. H. CARRINGTON v. THE STATE (Two Cases).

Nos. 19099, 19100. Delivered June 16, 1937.
Motion for Rehearing Overruled in Both Cases (Without Written Opinion) November 3, 1937.

The opinion states the case.

*Wright Stubbs*, of Austin, for plaintiffs in error. .

*Woodrow W. Patterson*, Assistant District Attorney, and *Lloyd W. Davidson*, State's Attorney, both of Austin, for the State.

CHRISTIAN, JUDGE.—This is a bond forfeiture proceeding. It is the uniform holding of this court that in cases such as this briefs must be filed in the trial court and in this court in compliance with the law, or waiver of such filing must appear of record. Morton et al. v. State, 59 S. W. (2d) 830. Plain-

tiffs in error have failed to file a brief in this court, and no waiver by the State of such filing is found in the record.

The appeal is dismissed.

*Appeal dismissed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.